IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| BATAAN LICENSING LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION No. 6:22-cv-001123-JKP |
| v. | § § | JURY TRIAL DEMANDED |
| ALTENERGY POWER SYSTEMS USA INC., | § § § | PATENT CASE |
| *Defendant*. | § § § | |

## AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND

Plaintiff Bataan Licensing LLC and Defendant Altenergy Power Systems USA Inc. jointly move for a 30-day extension for Defendant to answer or otherwise respond to the Original Complaint for Patent Infringement (the "Complaint") filed on October 26, 2022.  *See* Dkt. 1.

Summons issued on October 27, 2022.  *See* Dkt. 5.  To date, no return of service is on file; however, the parties agree that Defendant was served on November 8, 2022.  Thus, Defendant's current deadline to answer or otherwise respond to the Complaint is November 29, 2022.  With a 30-day extension, Defendant's answer or other response would be due on December 29, 2022.  This motion is not brought for the purpose of delay.  Rather, this extension is necessary because Defendant recently retained counsel and, as a result, needs additional time to assemble its legal team in order to answer or otherwise respond to the Complaint.  The requested extension also accounts for the Thanksgiving and winter holidays.

Counsel for Defendant conferred with counsel for Plaintiff.  This motion is agreed.  Accordingly, Plaintiff Bataan Licensing LLC and Defendant Altenergy Power Systems USA Inc. request the Court grant the foregoing motion and enter an Order extending Defendant's deadline to answer or otherwise respond to the Complaint to December 29, 2022.

Dated:  November 29, 2022.

        Respectfully submitted,

        */s/ Paige Arnette Amstutz*
        Paige Arnette Amstutz
        Texas State Bar No. 00796136
        SCOTT, DOUGLASS & MCCONNICO, LLP
        303 Colorado Street, Suite 2400
        Austin, TX  78701
        Telephone:  (512) 495-6300
        Facsimile:  (512) 495-6399
        pamstutz@scottdoug.com

        *Counsel for Defendant*
        *Altenergy Power Systems USA Inc.*

        */s/ David R. Bennett*
        David R. Bennett
        (*Admitted to the U.S. Dist. Ct. for the W.D. Texas*)
        DIRECTION IP LAW
        P.O. Box 14184
        Chicago, IL  60614-0184
        Telephone:  (312) 291-1667
        dbennett@directionip.com

        *Counsel for Plaintiff*
        *Bataan Licensing LLC*

## **CERTIFICATE OF CONFERENCE**

      As set forth above, I certify that, prior to filing this motion,, counsel for Defendant conferred with counsel for Plaintiff and confirmed that Plaintiff agrees with Defendant's request for a 30-day extension of time to answer or otherwise respond to the Complaint.

        */s/ Paige Arnette Amstutz*
        Paige Arnette Amstutz

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 29, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz