**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| BATAAN LICENSING LLC, § § *Plaintiff*, § v. § § ALTENERGY POWER SYSTEMS USA § INC., § § *Defendant*. § § | CIVIL ACTION No. 6:22-cv-001123-JKP JURY TRIAL DEMANDED PATENT CASE |

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND**

BEFORE THE COURT is the Agreed Motion for Extension of Time for Defendant to Answer or Otherwise Respond (the "Agreed Motion"). The Court has considered the Agreed Motion and finds that it should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendant Altenergy Power Systems USA Inc. to answer or otherwise respond to the Original Complaint for Patent Infringement is extended until December 29, 2022.

SIGNED this _____ day of _____, 2022.

_____
JASON K. PULLIAM
UNITED STATES DISTRICT COURT JUDGE