IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| BATAAN LICENSING LLC, | § § § |
| *Plaintiff*, | § CIVIL ACTION No. 6:22-cv-001123-JKP |
| v. | § § |
| ALTENERGY POWER SYSTEMS USA INC., | § JURY TRIAL DEMANDED § § PATENT CASE |
| *Defendant*. | § § § |

## AGREED MOTION FOR ADDITIONAL EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND

Plaintiff Bataan Licensing LLC and Defendant Altenergy Power Systems USA Inc. jointly move for an additional 15-day extension for Defendant to answer or otherwise respond to the Original Complaint for Patent Infringement (the "Complaint") filed on October 26, 2022. *See* Dkt. 1.

Summons issued on October 27, 2022. *See* Dkt. 5. Defendant's current deadline to answer or otherwise respond to the Complaint is December 29, 2022. *See* Dkt. 7 and Text Order 12/2/2022. With an additional 15-day extension, Defendant's answer or other response would be due on January 13, 2023. This motion is not brought for the purpose of delay. Rather, this extension is necessary because the parties need additional time to continue pursuing a potential resolution of the case.

Counsel for Defendant conferred with counsel for Plaintiff. This motion is agreed. Accordingly, Plaintiff Bataan Licensing LLC and Defendant Altenergy Power Systems USA Inc. request the Court grant the foregoing motion and enter an Order extending Defendant's deadline to answer or otherwise respond to the Complaint to January 13, 2023.

Dated:  December 28, 2022.

Respectfully submitted,

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

*Counsel for Defendant*
*Altenergy Power Systems USA Inc.*


*/s/ David R. Bennett*
David R. Bennett
(*Admitted to the U.S. Dist. Ct. for the W.D. Texas*)
DIRECTION IP LAW
P.O. Box 14184
Chicago, IL  60614-0184
Telephone:  (312) 291-1667
dbennett@directionip.com

*Counsel for Plaintiff*
*Bataan Licensing LLC*


## CERTIFICATE OF CONFERENCE

As set forth above, I certify that, prior to filing this motion,, counsel for Defendant conferred with counsel for Plaintiff and confirmed that Plaintiff agrees with Defendant's request for an additional 15-day extension of time to answer or otherwise respond to the Complaint.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz

3

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on December 28, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                            */s/ Paige Arnette Amstutz*
                                            Paige Arnette Amstutz