IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| BATAAN LICENSING LLC, § | |
| § | |
| *Plaintiff*, § | CIVIL ACTION No. 6:22-cv-001123-JKP |
| v. § | |
| § | JURY TRIAL DEMANDED |
| ALTENERGY POWER SYSTEMS USA § | |
| INC., § | PATENT CASE |
| § | |
| *Defendant*. § | |

**ORDER GRANTING AGREED MOTION FOR ADDITIONAL EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND**

BEFORE THE COURT is the Agreed Motion for Additional Extension of Time for Defendant to Answer or Otherwise Respond (the "Agreed Motion"). The Court has considered the Agreed Motion and finds that it should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendant Alternergy Power Systems USA Inc. to answer or otherwise respond to the Original Complaint for Patent Infringement is extended until January 13, 2023.

SIGNED this _____ day of _____, 2022.

_____
JASON K. PULLIAM
UNITED STATES DISTRICT COURT JUDGE